THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
Chris Lewis,       
Appellant.
 
 
 

Appeal From Aiken County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2004-UP-080
Submitted November 19, 2003  Filed 
 February 12, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant. 
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Chris Lewis appeals his guilty 
 plea and sentence for robbery and armed robbery.  Counsel attached to the final 
 brief a petition to be relieved as counsel.  Lewis did not file a separate pro 
 se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Lewiss appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
STILWELL and BEATTY, JJ., and CURETON, 
 A.J., concur.